UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CURTIS BUTLER,

    Plaintiff,

v.                              Case No. 5:23-cv-240-TKW-MJF

BRIAN MATHIS, et al.,

    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 37). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed without prejudice as malicious because Plaintiff abused the judicial process in failing to disclose his litigation history complete and honestly. *See Burrell v. Warden*, 857 F. App'x 624, 625 (11th Cir. 2021) ("An action is malicious when a prisoner misrepresents his prior litigation history on a complaint form requiring disclosure of such history and signs the complaint under penalty of perjury, as such a complaint is an abuse of the judicial process.").

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' motion to dismiss (Doc. 34) is **GRANTED**, and this case is **DISMISSED without prejudice** under 28 U.S.C. §§1915(e)(2)(B)(i) and 1915A(b) as malicious and an abuse of the judicial process.

3. The Clerk shall enter judgment in accordance with this Order and close this case.

**DONE AND ORDERED** this 5th day of May, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**